JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADELA ESPINOZA,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br><br>MACY'S WEST STORES, INC., an Ohio corporation a.k.a. MACY'S; MACY'S, INC., a Delaware corporation; and DOES 1 TO 10, inclusive,<br><br>　　　　　　　　　Defendants. | **Case No.: 2:19-cv-05049-SVW-MRW**<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Having reviewed the parties Stipulation and good cause appearing, it is hereby **ORDERED** that this matter be, and hereby is, REMANDED to the Superior Court of California, County of Los Angeles, Case number 19GDCV00121, for lack of subject matter jurisdiction.

It is further ORDERED that all dates herein be, and hereby are, vacated and the case terminated.

**SO ORDERED.**

Dated: July 22, 2019

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE